UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARTHUR SANGER, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NVR, INC. d/b/a Ryan Homes, )<br>)<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-438-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES as moot defendant's motion to dismiss the complaint [D.E. 8], GRANTS defendant's motion to dismiss the amended complaint [D.E. 12], and DISMISSES WITHOUT PREJUDICE the amended complaint [D.E. 10]. The clerk shall close the case.

This Judgment filed and entered on July 17, 2025, and copies to:
Counsel of record for the parties      (via CM/ECF electronic notification)

July 17, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk